CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 24 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 3:21CR00004 |
| v. | : |
| | : In Violation of: |
| JORDIN ALEXANDER MELGAR | : 8 U.S.C. § 1326(a) |
| SALMERON | : 18 U.S.C. § 922(g) |
| | : 26 U.S.C. § 5861(d) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**
**Illegal Reentry**

1. On or about January 24, 2021, within the Western District of Virginia, JORDIN ALEXANDER MELGAR SALMERON, an alien who was removed from the United States on or about July 16, 2012, was found in the United States without having obtained the express consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security to reapply for admission into the United States.

2. All in violation of Title 8, United States Code, Section 1326(a).

## COUNT TWO
### Alien In Possession of a Firearm

3. On or about January 24, 2021, within the Western District of Virginia, JORDIN ALEXANDER MELGAR SALMERON, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, that is, a model 94 series 12 gauge Stevens shotgun, and said firearm having been shipped and transported in interstate commerce.

4. All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

# COUNT THREE
**Possession of Unregistered Firearm/Sawed-Off Shotgun**

5. On or about January 24, 2021, within the Western District of Virginia, JORDIN ALEXANDER MELGAR SALMERON, did knowingly and unlawfully possess a firearm, that is, a model 94 series 12 gauge Stevens shotgun, with a barrel length less than 18 inches and an overall length of less than 26 inches, that was not registered to him in the National Firearms Registration and Transfer Record.

6. All in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## **FORFEITURE NOTICE**

7. The allegations contained in Counts Two and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 26, United States Code, Section 5872(a).

8. Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(5) set forth in Count One, and Title 26, United States Code, Section 5861(d), the defendant, JORDIN ALEXANDER MELGAR SALMERON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 26, United States Code, Section 5872(a), any firearms and ammunition involved in the commission of the offenses, including, but not limited to:

   a. a model 94 series 12 gauge Stevens shotgun, and

   b. any ammunition found with the above firearms.

9. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

10. All pursuant to 18 U.S.C.§ 924(d), 28 U.S.C.§ 2461(c), and 26 U.S.C. § 5872(a).

A TRUE BILL, this 24th day of March, 2021

/s/FOREPERSON
GRAND JURY FOREPERSON

DANIEL P. BUBAR
ACTING UNITED STATES ATTORNEY